IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN AND CANDICE OSTEEN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STATE FARM VP MANAGEMENT ) <br> CORP., d/b/a STATE FARM ) <br> FIRE AND CASUALTY CO., ) <br> ) <br> Defendant. | Civil Number: 2:11-cv-00101 KHS-eck |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that all claims against defendant, State Farm Fire and Casualty Company, may be dismissed by the Court with prejudice.

This 4th day of February, 2013.

**AGREED AND APPROVED BY:**

By: s/R. Luke Chaffin
    Michael R. Giaimo, BPR #019394
    R. Luke Chaffin, BPR #022724
    Attorneys for the Plaintiff
    204 N. Washington Avenue
    Cookeville, Tennessee 38570
    (931) 372-7515

THOMASON, HENDRIX, HARVEY,
 JOHNSON & MITCHELL, PLLC

By: s/Christopher L. Vescovo
    Christopher L. Vescovo (TN BPR #14516)
    Jonathan L. May (TN BPR #27408)
    Attorneys for Defendant State Farm Fire &
    Casualty Company
    2900 One Commerce Square, 40 So. Main
    Memphis, TN 38103
    (901) 525-8721
    vescovoc@thomasonlaw.com

4843-9495-3490, v. 1