IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN AND CANDICE OSTEEN, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Number: 2:11-cv-00101 KHS-eck ) |
| STATE FARM VP MANAGEMENT CORP., d/b/a STATE FARM FIRE AND CASUALTY CO., | ) ) ) ) |
| Defendant. | |

## ORDER OF DISMISSAL

This Court, having received a joint Stipulation of Dismissal submitted by all parties, hereby dismisses this action with prejudice. The parties shall be responsible for their own attorneys' fees and costs.

ENTERED on this ___ day of _____, 2013.

_____
Honorable Kevin H. Sharp, Judge

SUBMITTED FOR APPROVAL BY:

By: s/R. Luke Chaffin
Michael R. Giaimo, BPR #019394
R. Luke Chaffin, BPR #022724
Attorneys for the Plaintiff
204 N. Washington Avenue
Cookeville, Tennessee 38570
(931) 372-7515

THOMASON, HENDRIX, HARVEY,
 JOHNSON & MITCHELL, PLLC


By: s/Christopher L. Vescovo
Christopher L. Vescovo (TN BPR #14516)
Jonathan L. May (TN BPR #27408)
Attorneys for Defendant State Farm Fire and Casualty Company
2900 One Commerce Square, 40 So. Main
Memphis, TN 38103
(901) 525-8721
vescovoc@thomasonlaw.com

4815-0712-6546, v. 1