IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN AND CANDICE OSTEEN, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>STATE FARM VP MANAGEMENT )<br>CORP., d/b/a STATE FARM )<br>FIRE AND CASUALTY CO., )<br>)<br>    Defendant. | Civil Number: 2:11-cv-00101 KHS-eck |

## ORDER OF DISMISSAL

This Court, having received a joint Stipulation of Dismissal submitted by all parties, hereby dismisses this action with prejudice. The parties shall be responsible for their own attorneys' fees and costs.

ENTERED on this 7vj "fc{"qh"Hgdtwct{."42350

_____
Honorable Kevin H. Sharp, Judge

SUBMITTED FOR APPROVAL BY:

By: s/R. Luke Chaffin
Michael R. Giaimo, BPR #019394
R. Luke Chaffin, BPR #022724
Attorneys for the Plaintiff
204 N. Washington Avenue
Cookeville, Tennessee 38570
(931) 372-7515

THOMASON, HENDRIX, HARVEY,
 JOHNSON & MITCHELL, PLLC


By: s/Christopher L. Vescovo
Christopher L. Vescovo (TN BPR #14516)
Jonathan L. May (TN BPR #27408)
Attorneys for Defendant State Farm Fire and Casualty Company
2900 One Commerce Square, 40 So. Main
Memphis, TN 38103
(901) 525-8721
vescovoc@thomasonlaw.com

4815-0712-6546, v. 1